UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS

Dan Howitt,

        Plaintiff,                                           24CV13200LTS

v

Hilton,

               Defendant.

**FRCP 15(C) MOTION TO AMEND COMPLAINT, REGARDING 8/1/25 VIOLATION OF MGL C151B S4(10) AS FOUND ON 2/10/26**

**Decision Invoked:**    *Havens Realty Corp. v. Coleman*, 455 U.S. 363 (1982)
**Exhibits 1-2:**        Page 2-8

        Per FRCP 15(c), the following is a new claim that establishes a new violation of MGL c151B s4(10), as of 2/10/26.  I ask the court for leave to file an Amended Complaint that includes the following:

1        Exhibit 1 is the defendant's 8/1/25 emailed response, via its attorney, to my following emailed inquiry (in that exhibit) of 7/24/25:

> Mr. Steinberg,
> Is your client amenable to proceeding to rent a unit to me on the same Terms that
> he offered before, namely a 12 month lease, and accept my section eight voucher
> as my source of rental income?  Could you let me know by the end of today?
> Dan

The defendant's response was the following, in which it states that it does not offer lease agreements, namely, as I ask above, a 12 month agreement, nor, presumably, any other long term stay agreement:

> Hello Dan,
> Thank you for your correspondence, which I've relayed to my client. The Hotel
> does not offer "lease" agreements irrespective of the method of payment.
> Regards,
> Michael

2        Exhibit 2:  On 2/10/26, I proceed as a "Tester", as is commonly done, to directly elicit discrimination, which otherwise, as is shown in the above mentioned Exhibit 1, is often done surreptitiously (that is, via pretexts).  I as the Tester emailed the defendant asking if it would provide me with a long term stay of 12 months, and the defendant replied via several emails that it is amenable to renting to me as the Tester via the following, which are some excerpts from its many emails:

> "I have a number of long-term stay programs that may fit your needs."

> "We have rates beginning at $3,400/month for a yearlong residency."

> "Please let me know if you'd like to proceed with me generating an agreement for your
> review and approval and at that time, we can arrange a reservation for you for March 1,
> 2026 to March 1, 2027."

The defendant, above, discusses "an agreement" for a 12 month reservation, which is a contract.  Moreover, the defendant attached a "promotional flyer" that discusses:

**Long-Term Stays**

• Discounted **multi-week and monthly rates.**

• **Tax exempt after 90 days** of continuous stay.

3 As such, on 8/1/25, as I as Tester elicited on 2/10/26, the defendant violated MGL c151B s4(10):

> "10. For any person furnishing credit, services or rental accommodations to discriminate against any individual who is a recipient of federal, state, or local public assistance, including medical assistance, or who is a tenant receiving federal, state, or local housing subsidies, including rental assistance or rental supplements, because the individual is such a recipient, or because of any requirement of such public assistance, rental assistance, or housing subsidy program."

4 As such, I ask the court for leave to amend my complaint with the above 1-3 violation-discussion.  On 2/15/26, I submitted an administrative complaint regarding the above 1-3 to Massachusetts Commission Against Discrimination investigator Sangyeol Lee.

5 A private person acting as a tester can legally elicit and document source-of-income discrimination. Testers pose as applicants to uncover unlawful practices, and the U.S. Supreme Court has affirmed their role in gathering evidence to enforce fair housing laws, even if they do not intend to rent or buy. Legal Standing: Testers have legal standing to sue if they are subjected to discrimination, as established in *Havens Realty Corp. v. Coleman*, 455 U.S. 363 (1982).  And of course I intended to rent.

Submitted by,

Dan Howitt
3/24/26
Certificate Of Service: Today I served this document to the defendant's attorneys via email and efile.
Certificate of Rule 7.1 Compliance: On 3/24/26 at 4:00am I sent this document to he defendant's attorneys via email and asked if they could reply today, and at 5:25pm they have not replied in any way by email nor telephone.

**Exhibit 1**

 Dan Howitt <dhowitt@alumni.colgate.edu>

## Howitt v. Hilton - L.R. 7.1 Correspondence

**Steinberg, Michael** <MSteinberg@seyfarth.com>                    Fri, Aug 1, 2025 at 1:48 PM
To: "Howitt, Dan" <dhowitt@alumni.colgate.edu>
Cc: "Cannon, Lotus" <lcannon@seyfarth.com>

Hello Dan,

Thank you for your correspondence, which I've relayed to my client. The Hotel does not offer "lease" agreements irrespective of the method of payment.

Regards,

Michael

**Michael Steinberg** (he/him/his) | Partner | Seyfarth Shaw LLP
Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028
Direct: +1-617-946-8316
MSteinberg@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

From: Howitt, Dan <dhowitt@alumni.colgate.edu>
Sent: Thursday, July 24, 2025 2:45 AM
To: Steinberg, Michael <MSteinberg@seyfarth.com>
Cc: Cannon, Lotus <lcannon@seyfarth.com>
Subject: Re: Howitt v. Hilton - L.R. 7.1 Correspondence

---

Mr. Steinberg,

Is your client amenable to proceeding to rent a unit to me on the same Terms that he offered before, namely a 12 month lease, and accept my section eight voucher as my source of rental income? Could you let me know by the end of today?

**Exhibit 2 (5 pages; emails are in reverse order)**

 Gmail

jouleredou <jouleredou@gmail.com>

---

## Boston/Cambridge location, 400 Soldier's Field Road

---

Stephen Nass <Stephen.Nass@hilton.com>                    Tue, Feb 10, 2026 at 12:48 PM
To: "jouleredou@gmail.com" <jouleredou@gmail.com>

My apologies Joule,

The tax-exempt status is available after 90 days of continuous stay (not 30 as I inadvertently listed below).

Regards,

**Stephen Nass**

*Director; Sales, Marketing & Events*

Direct: 617-562-4173 | Hotel: 617-783-0090 | Mobile: 508-309-2009

Stephen.nass@hilton.com

---

 **With Love,**
# From DoubleTree by Hilton

**DoubleTree Suites by Hilton Boston-Cambridge**

400 Soldiers Field Road

Boston, MA 02134

**Explore our Catering Menus**

**Explore our Website**

Explore us on Social Media:

TAKE A TRUETOUR™

4

From: Stephen Nass
Sent: Tuesday, February 10, 2026 12:29 PM
To: jouleredou@gmail.com
Subject: RE: Boston/Cambridge location, 400 Soldier's Field Road

Hi Joule,

Thanks for your note.

We have rates beginning at $3,400/month for a yearlong residency.  The attached promotional flyer provides a few details that may answer some questions.  Moreover, you can sign up to become a Hilton Honors member and thus after you achieve Gold or Diamond status you will get a daily $18 Food and Beverage discount which can be redeemed at any food and beverage outlet in the hotel.

Additionally, after 30 days of continuous stay you will become tax exempt and this pay no taxes on your accommodations.

Please let me know if you'd like to proceed with me generating an agreement for your review and approval and at that time, we can arrange a reservation for you for March 1, 2026 to March 1, 2027.

Regards,

**Stephen Nass**

*Director; Sales, Marketing & Events*

Direct: 617-562-4173 | Hotel: 617-783-0090 | Mobile: 508-309-2009

Stephen.nass@hilton.com

## With Love,
## From DoubleTree by Hilton

**DoubleTree Suites by Hilton Boston-Cambridge**

400 Soldiers Field Road

Boston, MA 02134

**Explore our Catering Menus**

**Explore our Website**

5



# Discover the "Suite" Side of Long-Term Stays

## Stay Benefits

- Discounted **multi-week and monthly rates**.

- **Two-room suite accommodations** offering expansive Harvard, Cambridge, Boston and Charles River views.

- All suites offer two **fully furnished living spaces** *(one bedroom and one separate living room)*, separate bathroom, two 55-inch smart TVs, coffee maker, mini fridge, work desk, couch and all bedding.

- **All utilities included,** such as cable, Wi-Fi, and weekly housekeeping service.

- **24-hour Front Desk** and Concierge services.

- Complimentary use of **indoor heated salt water pool,** jacuzzi and state-of-the-art Fitness Center with Peleton® bikes.

- **Hilton Honors points** for each night's stay.

- **Six (6) Food and Beverage options,** including a 24-hour market.

- **Coin-operated laundry facilities** and dry cleaning services located on property.

- **Tax exempt after 90 days** of continuous stay.

- Complimentary **covered garage parking.**



### Connect With Us

**Stephen Nass** | Director; Sales, Marketing & Events
**Direct:** 617-562-4173 | **Mobile:** 508-309-2009
**Email:** Stephen.Nass@hilton.com
**BostonCambridgeSuites.DoubleTree.com**

f facebook.com/doubletreebostoncambridge
@ @doubletreebostoncambridge

### DoubleTree Suites by Hilton Boston — Cambridge
400 Soldiers Field Road
Boston, MA 02134

 VIRTUAL TOUR

**Explore us on Social Media:**

TAKE A TRUETOUR™

From: jouleredou@gmail.com <jouleredou@gmail.com>
Sent: Tuesday, February 10, 2026 11:28 AM
To: Stephen Nass <Stephen.Nass@hilton.com>
Subject: Re: Boston/Cambridge location, 400 Soldier's Field Road

Dear Mr. Nass, Joule Redou, March 1 2026 to March 1 2027, no vehicle, not an honors member.  Thanks very much.

On Tue, Feb 10, 2026 at 10:49 AM Stephen Nass <Stephen.Nass@hilton.com> wrote:

Good morning and thank you for considering the award-winning Doubletree Suites as your 'home-away-from-home' during your stay in Cambridge/Boston.

I have a number of long-term stay programs that may fit your needs.  Please provide me with the following:

- Your name
- Dates of stay (arrival/departure)
- Will you have a vehicle
- Are you a Hilton Honors Member (our frequent stay program)

Please let me know answers to the questions above and I'll be happy to create a promotional offer for your consideration.

Regards,

Stephen

**Stephen Nass**

*Director; Sales, Marketing & Events*

7

Direct: 617-562-4173 | Hotel: 617-783-0090 | Mobile: 508-309-2009

Stephen.nass@hilton.com

## With Love,
# From DoubleTree by Hilton

**DoubleTree Suites by Hilton Boston-Cambridge**

400 Soldiers Field Road

Boston, MA 02134

**Explore our Catering Menus**

**Explore our Website**

**Explore us on Social Media:**



TAKE A TRUETOUR™

From: jouleredou@gmail.com <jouleredou@gmail.com>
Sent: Tuesday, February 10, 2026 10:33 AM
To: BOSSB_DS <bossb_ds@hilton.com>; BOSSB DT_Guest <BOSSB_DT_Guest@hilton.com>
Subject: Boston/Cambridge location, 400 Soldier's Field Road

Dear Double Tree Boston/Cambridge, do you offer a long term stay, such as per one year?  Your hotel was recommended to me by a colleague.

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2026 Hilton Proprietary and Confidential