# United States Court of Appeals
## For the First Circuit

No. 26-1317

DAN HOWITT,

Plaintiff - Appellant,

v.

HILTON,

Defendant - Appellee,

DOUBLE TREE SUITES BY HILTON BOSTON CAMBRIDGE,

Defendant.

**JUDGMENT**

Entered: June 18, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dan Howitt, Michael Eric Steinberg