# United States Court of Appeals
## For the First Circuit

No. 26-1317

DAN HOWITT,

Plaintiff - Appellant,

v.

HILTON,

Defendant - Appellee,

DOUBLE TREE SUITES BY HILTON BOSTON CAMBRIDGE,

Defendant.

### MANDATE

Entered: June 18, 2026

In accordance with the judgment of June 18, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Dan Howitt
Michael Eric Steinberg